AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MOUSE ON THA TRACK LLC and BOOSIE BAD AZZ PUBLISHING LLC <br><br> *Plaintiff(s)* <br> v. <br> CELCIUS NIGHTCLUB, LLC and LOUIS NOTBOHM, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  2:24-cv-00195-SPC-KCD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CELCIUS NIGHTCLUB, LLC

C/O
DOUGLAS E. SPIEGEL, PA
1625 HENDRY STREET, SUITE 102
FORT MYERS, FL 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frederick Page
Bishop Page & Mills
510 N Julia Street, Jacksonville, FL 32202
904-598-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

BetsyDavis

Date:  March 5, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MOUSE ON THA TRACK LLC and BOOSIE BAD AZZ PUBLISHING LLC

*Plaintiff(s)*

v.

CELCIUS NIGHTCLUB, LLC and LOUIS NOTBOHM,

*Defendant(s)*

Civil Action No.   2:24-cv-00195-SPC-KCD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LOUIS NOTBOHM

C/O
DOUGLAS E. SPIEGEL, PA
1625 HENDRY STREET, SUITE 102
FORT MYERS, FL 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Frederick Page
Bishop Page & Mills
510 N Julia Street, Jacksonville, FL 32202
904-598-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date: March 5, 2024

*Signature of Clerk or Deputy Clerk*